# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY D. KNIGHT,** | : |
| Petitioner, | : |
| v. | :    **CIVIL ACTION NO. 10-00608-KD-N** |
| **TONY PATTERSON,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   Accordingly, it is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.**

The court further finds that Petitioner is not entitled to a certificate of appealability.

DONE this 25th day of June, 2012.

                s/ Kristi K. DuBose
                KRISTI K. DuBOSE
                UNITED STATES DISTRICT JUDGE