IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY D. KNIGHT,** | : |
| Petitioner, | : |
| v. | :    **CIVIL ACTION NO. 10-00608-KD-N** |
| **TONY PATTERSON,** | : |
| Respondent. | : |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.   It is further **ORDERED** that a certificate of appealability is **DENIED**.

DONE this 25th day of June, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE